NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SHEDRICK A. RUSSELL,                    )
                                        )
        Appellant,                      )
                                        )
v.                                      )      Case No. 2D18-1500
                                        )
STATE OF FLORIDA,                       )
                                        )
        Appellee.                       )
                                        )
_____ )

Opinion filed February 15, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Pasco
County; Linda Babb, Judge.

Shedrick A. Russell, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


        Affirmed.


KELLY, VILLANTI, and BLACK, JJ., Concur.